**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

**ALTERNATIVE DISPUTE RESOLUTION SUMMARY**

1. Style of case: **Destinee Wilson, et al. v. Texas Christian University, et al.**

2. Civil action number: **3:20-cv-00106-M**

3. Nature of the suit: **civil rights**

4. Method of ADR used: **mediation**

5. Date ADR session was held: **October 29, 2021**

6. Outcome of ADR *(Select one)*:

   ☐ Parties did not use my services ☐ Settled, in part, as a result of ADR

   **X** Settled as a result of ADR ☐ Parties were unable to reach a settlement.

7. What was your TOTAL fee: **$6,390.00**

8. Duration of ADR: **eight (8) hours** (i.e., one day, two hours)

9. Please list persons in attendance (including party association, defendant, plaintiff).
   Please provide the names, address and telephone number of counsel on the reverse of this form.

   **Please see attached**

10. Provider information:

    Hon. Jeff Kaplan (Ret.)
    8401 North Central Expressway Suite 610
    Dallas, Texas 75225
    Telephone: (214) 744-5267

*/s/ Jeff Kaplan*
Signature

November 3, 2021

Alternative Dispute Resolution Summary
*Continued*

Please provide the names, addresses and telephone numbers of counsel:

Nnamdi M. Anozie
Adedamola Sokoya
Jourdan Jackson Dukes
Anozie LLP
6120 Swiss Avenue, #140383
Dallas, Texas 75214
Phone: (214) 606-3440
Counsel for Plaintiffs

George C. Haratsis
Jennifer N. Littman
McDonald Sanders, P.C.
777 Main Street, Suite 2700
Fort Worth, Texas 76102
Phone: (817) 336-8651
Counsel for Defendants

Destinee Wilson, with Plaintiffs (via Zoom)
Kiana Daw, with Plaintiffs (via Zoom)
Tymerra Coleman, with Plaintiffs (via Zoom)
Toya Okonkwo, with Plaintiffs (via Zoom)
Lee Tyner, with Defendants
Andrew Schoolmaster, with Defendants
Diane Snow, with Defendants (via Zoom)
Ross Goldband, with Defendants (via Zoom)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of November, 2021, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court for the Northern District of Texas.

*/s/ Judy Stephenson*
Judy Stephenson, Case Manager